THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SING CHO NG, | CASE NO. C18-0690-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JIM METZ, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for an extension of time to file an appeal (Dkt. No. 14). On July 9, 2018, the Court dismissed Plaintiff's complaint without leave to amend. (Dkt. No. 10.) On July 23, 2018, Plaintiff filed a motion for reconsideration (Dkt. No. 12). On July 25, 2018, the Court denied Plaintiff's motion for reconsideration. (Dkt. No. 13.) Plaintiff filed this motion seeking an extension of time for filing a notice of appeal (Dkt. No. 14).

Pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A), the Court GRANTS Plaintiff's motion (Dkt. No. 14). Plaintiff has until September 7, 2018 to file his notice of appeal of the Court's order dismissing his complaint (Dkt. No. 10) and order denying his motion for reconsideration (Dkt. No. 13). This extension of time only applies to Plaintiff's ability to appeal the Court's ruling dismissing Plaintiff's claims against Defendants Helson and Grant with

1 | prejudice. (*See* Dkt. Nos. 10, 14.)

2 | The Clerk is DIRECTED to mail a copy of this order to Plaintiff at P.O. Box 14551, Seattle, WA 98114.

DATED this 9th day of August 2018.

<pre>
                                William M. McCool
                                Clerk of Court

                                s/Tomas Hernandez
                                Deputy Clerk
</pre>